EDITH A. CROME, Appellant, v. THE EVERGREENS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMENICK MIELO (Correct Name) DOMENICK MAIELLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

SAMUEL ROSENBLUETH, Respondent, v. N. V. NEDERLANDSCH AMERIKAANSCHE STOOMVAART MAATSCHAPPIJ, Sued Herein as HOLLAND AMERICA LINE, Appellant. — Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ADRIANA CASELOTTI, Appellant, v. WALT DISNEY PRODUCTIONS, LTD., and Another, Respondents.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are issues of fact to be tried. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY and Another, Appellants, v. BOYER LIGHTERAGE CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and deny the motion because the failure to give notice as required by the order is a jurisdictional defect in so far as plaintiffs' claims were concerned.

GUTHRIE M. MITCHELL and Others, Appellants, v. PINELAWN CEMETERY and Others, Defendants, Impleaded with LILLIAN M. LOCKE, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EAGLE INDEMNITY COMPANY, Appellant, v. ANNA M. HAHN, Defendant, Impleaded with C. ALLEN HAHN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of 436 WEST 34TH STREET CORPORATION, Petitioner, to Review a Determination of JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ETHEL JONES, Appellant, v. EIGHTH AVENUE HOLDING CORPORATION and MAX HAHN, Respondents, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MINNIE FRIEDAUF, Appellant, v. MICHAEL ACCARDO, as Executor, etc., of MARIA PICCINI, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.